Elizabeth Pater, defendant in error, v. Stephen Soltes, plaintiff in error. Gen. No. 25,802.

Action to recover for injuries to person struck by automobile. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in this court at the March term, 1920. Reversed with finding of facts. Opinion filed June 28, 1920.

Lefkow & Lefkow, for plaintiff in error. Charles J. Michal, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Paul Pater, defendant in error, v. Stephen Soltes, plaintiff in error. Gen. No. 25,803.

Action for injuries to person struck by automobile. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in this court at the March term, 1920. Reversed with finding of facts. Opinion filed June 28, 1920.

Lefkow & Lefkow, for plaintiff in error. Charles J. Michal, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Ralph Cudney, appellee, v. H. Paulman & Company, appellant. Gen. No. 25,850.

Action to recover proceeds of the sale of plaintiff's automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920.

William A. Jennings, for appellant. McKinney & Borden, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Marion Hauser, plaintiff in error, v. Lawrence McCarthy, defendant in error. Gen. No. 25,861.

Petition for release from arrest made under a capias ad satisfaciendum. Petition granted. Error to the County Court of Cook county; the Hon. John H. Williams, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded with directions. Opinion filed June 28, 1920.

B. M. Shaffner, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Hartman Furniture & Carpet Company, appellant, v. Chicago City Railway Company and Calumet & South Chicago City Railway Company, appellees. Gen. No. 25,870.

Action by employer to recover from third person amount paid to employee under Workmen's Compensation Act. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920.

C. W. Greenfield, for appellant. Harry P. Weber, George W. Miller, Arthur J. Donovan and Arthur A. Anderson, for appellees; John R. Guilliams and Franklin B. Hussey, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.